UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael E. Wolfe, #346590, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | )           ORDER |
| Nfn. Louis, | ) |
| Nfn. Early, | )   Case No.: 4:19-cv-2356-TMC-TER |
| Nfn. Glen, | ) |
| Nfn. Palmer, | ) |
| Nfn. Harriff, | ) |
| Nfn. Lasley, | ) |
| Nfn. Wilson, | ) |
| Nfn. Hall, | ) |
| Nfn. Toth, | ) |
| Nfn. Perks, | ) |
| Nfn. Haygood, | ) |
| Nfn. Berry, | ) |
| Nfn. Moore, | ) |
| Nfn. Caldwell, | ) |
| Nfn. James, | ) |
| Nfn. Linsay, | ) |
| Nfn. Wardroff, | ) |
| Nfn. Moody, Jr., | ) |
| Nfn. Smith, | ) |
| Nfn. Lite, | ) |
| Nfn. Llois, | ) |
| Nfn. Ralmisano, | ) |
| Nfn. Sherry, | ) |
| Nfn. Moninelli, | ) |
| Nfn. Monroe, | ) |
| Nfn. Pachinco, | ) |
| Nfn. Smith, | ) |
| Nfn. Wyant, | ) |
| Nfn. Crislela, | ) |
| Nfn. Kelly, | ) |
| Rachel A. Saltsburg, | ) |
| Danielle Filmore, | ) |
| Meaan E. Harris, | ) |
| Nfn. Lauter, | ) |
| Nfn. Phillips, | ) |
| Nfn. Chandler, | ) |
| L. Hudson, | ) |
| Alice Mascio, | ) |
|     Defendants, | ) |
| | ) |

The court hereby appoints Henry P. Wall, Esquire, to represent Plaintiff in this action.[1] This action has not been served at this time. Any outstanding motions are deemed moot and counsel shall have sixty days to file an amended complaint.

IT IS SO ORDERED.

November 20, 2019
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

---

[1] See Cook v. Bounds, 518 F.2d 779, 780 (4th Cir. 1975).